FILED

12/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0394

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 23-0394

| | |
|---|---|
| DAN H. WOOODARDS, JR., <br><br> Plaintiff/Appellant, <br><br> v. <br><br> GARY WOODARDS, CAROL WOOD, TERRI LASELL, BARBARA WOODARDS, ESTATE OF DAN HOOVER WOODARDS, SR., and ESTATE OF DORIS WOODARDS. <br><br> Defendants/Respondents. | **ORDER** |

Having reviewed Appellant Dan H. Woodards, Jr.'s Motion for Extension of Time to File Appellant's Reply Brief and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellant's motion is GRANTED and his reply brief shall be filed no later than January 11, 2024.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 27 2023